PETER P. LOVASCO'S CASE. November 24, 1976. The single member's "finding" (affirmed and adopted by the reviewing board) that "the claimant has failed to prove by a fair preponderance of affirmative evi-

dence that there was serious and willful misconduct on the part of the employer which resulted in the injury" (see G. L. c. 152, § 28; *O'Leary's Case,* 367 Mass. 108, 115-116 [1975]) was not contrary to law. See and compare *Sciola's Case,* 236 Mass. 407, 413-414 (1920); *Foster's Case,* 242 Mass. 386, 387-388 (1922); *Durgin's Case,* 251 Mass. 427, 429-430 (1925); *McCarthy's Case,* 314 Mass. 610, 611-612 (1943); *Diaduk's Case,* 336 Mass. 5, 7 (1957). The employee's arguments are largely predicated on the mistaken premise that this court can make its own independent findings of fact. See *Hachadourian's Case,* 340 Mass. 81, 85 (1959).

*Judgment affirmed.*

*Ronald B. Horvitz* for the employee.

*John W. Finnigan* for the employer (*Robert J. Ladd,* for the insurer, with him).